DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAKEEM STEVENS,**
Appellant,

v.

**ROSE MANAGEMENT PROPERTIES, INC.,**
d/b/a **BEST WESTERN HALLANDALE INN**
Appellee.

No. 4D2025-0096

[July 2, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. 062023CA004786AXXXCE.

Kathleen Konnick Pena, Fort Lauderdale, for appellant.

James Francis Sposato and Elizabeth Hueber of Chusid, Katz & Sposato, LLP, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***